

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2022

No. 04-22-00536-CR

**EX PARTE** Jesus Miguel **ORTIZ CANUL**

From the County Court, Kinney County, Texas
Trial Court No. 10452CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

     Appellant's brief is currently due September 28, 2022. On September 20, 2022, appellant filed an unopposed motion requesting a sixty-day extension of time to file the brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief by November 28, 2022. Further requests for extension of time will be disfavored.

_____
Irene Rios, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court